## **VERIFICATION**

I, _John Doe_, HEREBY DECLARE under penalty of law that I am over the age of 18 years and otherwise competent, and that the allegations in the foregoing **Verified Complaint** are, to the best of my recollection and belief, true and accurate.

_[signature]_

_January-22-2018_
date

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 JAN 22 AM 11: 07