IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Doe, | ) | C/A No. 3:18-161-TLW-PJG |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| University of South Carolina; Harris Pastides; Alisa Leggett; Carl Wells; Dennis Pruitt, | ) | |
| Defendants. | ) | |

  The plaintiff, John Doe, who is self-represented, filed this action in which he challenges his suspension from the University of South Carolina. Plaintiff has filed two Motions for Emergency Temporary Restraining Orders and Preliminary Injunctions. (ECF Nos. 4 & 13.) The court issued two Report and Recommendations in which it recommended that Plaintiff's motions be denied to the extent they sought an *ex parte* temporary restraining order because Plaintiff had not made the requisite showing for an *ex parte* temporary restraining order pursuant to Rule 65(b)(1)(A) of the Federal Rules of Civil Procedure.

  Accordingly, the court will treat Plaintiff's motions as seeking a preliminary injunction pursuant to Rule 65(a). A hearing on Plaintiff's motions is scheduled for **Friday, February 2, 2018 at 10:00 a.m.** in Courtroom #7 of the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina before the assigned magistrate judge.

  **TO THE PLAINTIFF:**

  Service of process upon all parties must be completed in accordance with the Federal Rules of Civil Procedure in order for the preliminary injunction motions to be heard on this date.

Page 1 of 2

*PJG*

Additionally, the plaintiff must serve all defendants with a copy of his motions for preliminary injunction and a copy of this Order. If proof of service on all defendants is not filed with the court prior to the scheduled hearing, the hearing on the motions for a preliminary injunction may not go forward at that time.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 26, 2018
Columbia, South Carolina