AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Doe,<br>*Plaintiff,*<br>v.<br>University of South Carolina; Harris Pastides, *individually and as agent for University of South Carolina*; Alisa Liggett, *individually and as agent for University of South Carolina*; Carl Wells, *individually and as agent for University of South Carolina*; Dennis Pruitt, *individually and as agent for University of South Carolina,*<br>*Defendants.* | Civil Action No.   3:18-cv-00161-TLW-PJG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, John Doe, shall take nothing of the defendants, University of South Carolina; Harris Pastides, *individually and as agent for University of South Carolina*; Alisa Liggett, *individually and as agent for University of South Carolina*; Carl Wells, *individually and as agent for University of South Carolina*; Dennis Pruitt, *individually and as agent for University of South Carolina*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Paige J. Gossett, United States Magistrate Judge, presiding, granting the Plaintiff's motion for voluntary dismissal.

Date:   August 30, 2018                                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    s/B. Goodman
                                                                                                    *Signature of Clerk or Deputy Clerk*